IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TREVON MARQUEZ WARD,          )
                              )
            Petitioner,       )
                              )
     v.                       )     1:21CV944
                              )
UNITED STATES OF AMERICA,     )
                              )
            Respondent.       )

**ORDER**

On December 15, 2021, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that this action is DISMISSED *sua sponte* without prejudice to Petitioner filing in the proper district after exhausting any available administrative remedies.

                              /s/   Thomas D. Schroeder
                              United States District Judge

January 11, 2022